Natalia D. Asbill-Bearor, SBN: 281860
Robin K. Perkins, SBN: 131252
PERKINS ASBILL APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com

Attorneys for Plaintiff
TOM HENSON

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| TOM HENSON,<br><br>Plaintiff,<br><br>vs.<br><br>MCKINLEY TRAILER VILLAGE, an Unknown Entity Type;<br><br>THE KAUR GROUP, LLC, a California Limited Liability Corporation;<br><br>NITA DENHOY, an individual;<br><br>BALWANT S. DENHOY, an individual.<br><br>Defendants. | Case No.: 2:21-CV-02189-WBS-AC<br><br>ORDER GRANTING PLAINTIFF TOM HENSON'S REQUEST FOR EXTENSION OF TIME TO POST BOND |

There being no opposition, **IT IS HEREBY ORDERED** that Plaintiff Tom Henson's request to extend time to post the bond is hereby extended. Plaintiff Tom Henson shall post his bond no later than February 4, 2022.

Dated: January 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

-1-
ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO POST BOND