Natalia D. Asbill-Bearor, SBN: 281860
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com

Attorney for Plaintiff
TOM HENSON

Elisa Nadeau, SBN: 199000
enadeau@littler.com
Susan T. Ye, SBN: 281497
sye@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando St., 7th Floor
San Jose, California 95113.2431
Telephone: (408) 998-4150
Facsimile:  (408) 288-5686

Attorneys for Defendants
The Kaur Group LLC, 2525 South El Dorado LLC
(erroneously sued as McKinley Trailer Village)
Nita Denhoy, and Balwant S. Denhoy (deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TOM HENSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>MCKINLEY TRAILER VILLAGE, an Unknown Entity;<br><br>THE KAUR GROUP, LLC, a California Limited Liability Corporation;<br><br>NITA DENHOY, an individual; and<br><br>BALWANT S. DENHOY, an individual;<br><br>　　　　Defendants. | Case No.: 2:21-CV-02189-WBS-AC<br><br>STIPULATION AND ORDER TO SEAL DOCKET ENTRY NO. 36 |

-1-
STIPULATION AND ORDER TO SEAL DOCKET ENTRY NO. 36

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

WHEREAS, on May 25, 2022, Plaintiff by and through his counsel inadvertently filed the fully executed Confidential Settlement Agreement on the public docket of this court. Entered by this Court as Docket Number 36;

WHEREAS, the Parties had previously agreed the Confidential Settlement Agreement would be kept confidential;

WHEREAS, there is no need for the Confidential Settlement Agreement to be part of the public record;

WHEREAS, the parties now seek for good cause for this Court to seal the Confidential Settlement Agreement, Docket Entry Number 36.

THEREFORE, plaintiff and defendants, through their counsel of record, hereby stipulate as follows:

Subject to the Court's approval, the Confidential Settlement Agreement, Docket Entry Number 36 is to be sealed.

Dated: May 26, 2022       //s// *Natalia D. Asbill-Bearor*
                          Natalia D. Asbill-Bearor
                          Attorney for Plaintiff
                          TOM HENSON

Dated: May 26, 2022       //s// *Susan T. Ye*
                          Susan T. Ye
                          Attorney for Defendants
                          The Kaur Group, LLC, Nita Denhoy, Balwant S. Denhoy, McKinley Trailer Village

///

///

///

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

-2-
STIPULATION AND ORDER TO SEAL DOCKET ENTRY NO. 36

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding cause therefore, the Court hereby order as follows:

The Confidential Settlement Agreement, Docket Entry Number 36 is hereby ordered to be placed under seal.

**IT IS SO ORDERED.**

**Dated: May 27, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

-3-
STIPULATION AND ORDER TO SEAL DOCKET ENTRY NO. 36