Natalia D. Asbill-Bearor, SBN: 281860
PERKINS ASBILL, APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com

Attorney for Plaintiff
TOM HENSON

Elisa Nadeau, SBN: 199000
enadeau@littler.com
Susan T. Ye, SBN: 281497
sye@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando St., 7th Floor
San Jose, California 95113.2431
Telephone: (408) 998-4150
Facsimile:  (408) 288-5686

Attorneys for Defendants
The Kaur Group LLC, 2525 South El Dorado LLC
(erroneously sued as McKinley Trailer Village)
Nita Denhoy, and Balwant S. Denhoy (deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TOM HENSON,<br><br>         Plaintiff,<br><br>     vs.<br><br>MCKINLEY TRAILER VILLAGE, an Unknown Entity;<br><br>THE KAUR GROUP, LLC, a California Limited Liability Corporation;<br><br>NITA DENHOY, an individual; and<br><br>BALWANT S. DENHOY, an individual;<br><br>         Defendants. | Case No.: 2:21-CV-02189-WBS-AC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Dated: July 26, 2022    //s// *Natalia D. Asbill-Bearor*
Natalia D. Asbill-Bearor
Attorney for Plaintiff
TOM HENSON

Dated: July 26, 2022    //s//
Susan T. Ye
Attorney for Defendants
The Kaur Group, LLC, Nita Denhoy, Balwant S. Denhoy, McKinley Trailer Village

///
///
///
///
///

**ORDER**

**IT IS SO ORDERED:**

Dated: July 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Perkins Asbill, APLC
707 Commons Drive
Suite 201
Sacramento, CA 95825
916.446.2000
www.perkinsasbill.com

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE